■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES SMITH, also Known as HARRY CARTER, Appellant.— In a *coram nobis* proceeding, defendant appeals from an order of the Supreme Court, Kings County, dated April 27, 1970, which denied the application. Order affirmed. No opinion. Appeal from an order of the Supreme Court, Kings County, dated October 16, 1970, dismissed. No appeal taken under the former Code of Criminal Procedure lies from an order denying a motion for resentence (*People* v. *Jeter*, 39 A D 2d 588). Hopkins, Acting P. J., Munder, Martuscello, Gulotta and Christ, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS WHITE, Appellant.— Judgment of the Supreme Court, Queens County, rendered August 30, 1971, affirmed. (*People* v. *Carter*, 31 N Y 2d 964.) Martuscello, Acting P. J., Latham, Shapiro, Brennan and Benjamin, JJ., concur.